469 A.2d 276

Commonwealth, Appellant v. Dupree.

Argued September 29, 1983. Judith Karns Ciszek, Assistant District Attorney, for Commonwealth, appellant; Edward J. Bilik, Assistant Public Defender, for appellee.

Before BROSKY, McEWEN and BECK, JJ.

The order of the learned Westmoreland County Common Pleas Court Judge Joseph A. Hudock is affirmed.

469 A.2d 277

Commonwealth v. Fitzgerald, Appellant.

Submitted October 3, 1983. Douglas M. Johnson, Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and HESTER and LIPEZ, JJ.

Judgment of sentence affirmed.